# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEWELL MARCUS MAXWELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-16-1033-R |
| OKLAHOMA CITY HOUSING AUTHORITY, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered October 11, 2016. Doc. No. 6. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 7th day of November, 2016.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE